6-20-08

Clerk of the United States District Court of Delaware
J. Caleb Boggs Building
844 King Street
Lock Box 18
Wilmington, DE 19801

-08-385-

RECEIVED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Daniel Paskins #203178
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977

RE: Extraordinary Circumstances

Dear Clerk:

I have repeated argued in the lower courts concerning blatant due process violations for more than ten years, in the hopes that the courts would investigate my allegations. They have simple barred the claims, without an investigation, because of repeated appeals for this investigation, the Delaware Supreme Court has barred all my appeals, see No. 527, 1997, and Misc. No. 378, I have filed a complaint against a certain Superior Court for it's failure to follow the Constitution concerning new evidence, C.J. No. 15, 2002, and now I'm barred from all post-conviction motions 61 and 35 in the Superior Court. I voluntarily dismissed this claim in your court in 1995, now I request a leave to file an immediate Habeas Corpus for release from an unconstitutional conviction, that the lower courts refuse to admit is a meritorous claim if investigated. What do I do?

Daniel Paskins

I/M D. Poskins
SBI# 263178   UNIT W-Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
21 JUN 2008 PM 2 L

U.S.M.
X-RAY

Clerk, U.S. District Court
J. Caleb Boggs Bldg.
844 King Street, Lockbox 18
Wilmington, DE
19801