United States District Court of Delaware,

Paskins

v.

Phelps et al

1:08-cv-385 (SLR)



## Oral Argument

Pursuant to §1118 and §1124 of Federal Rules of Evidence and §455, Paskins request Oral Argument and the Opportunity to present information to this court. Paskins has no intention of wasting the court's time, it's mercy is what he seeks. In 1995 Paskins filed a Habeas Corpus with this very court, unexhausted claims of due process violations were voluntarily dismissed, other claims were not. This present claim is the due process violations of the original unexhausted claim. The court could interpret this as successive, or as the original unexhausted claim, in any case, because of complete disregard of the law performed by prosecutor's office, and the Lower Courts Paskins request the immediate opportunity to present overwhelming evidence showing all due process was blatantly ignored, and how Lower Courts have conspired to conceal this case, by barring all post-conviction motions by Paskins to be filed in the Superior Court, and a refusal by the Supreme Court to hear his appeals for more than 10 years now. Paskins claims Lower Courts have no jurisdiction, therefore, Paskins request this court intercede, by granting the oral argument, and opportunity to examine the information Paskins has obtained, and determine for itself if the lower courts have acted unconscionable by the standards of our constitution.

Daniel Paskins          7-5-08

I/M D. Paskins
SBI# 203178   UNIT W-Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 JUL 2008 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE
19801-3570