IN THE UNITED STATES DISTRICT COURT IN DELAWARE

Daniel Paskins

v.                                          1:08-cv-385 SLR

Warden Phelps et al

FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Rescanned

<u>Motion For Disclosure of Transcripts</u>

Enclosed is an indictment waiver that lacks criminal action numbers, nor does it identify specific charges. The state says this waiver is for Paskins present conviction, Paskins contends it was for an unrelated charge that was dismissed. Since this waiver lacks all constitutional safeguards required by the constitution, Paskins ask this court to compel the Court of common pleas in Sussex County to release, and transcribe the notes for case number 9312003318 for December 23rd 1993, and release the original preliminary hearing waiver entitled: <u>In the Court of Common Pleas</u>, and subtitled: <u>The Cedar Chest Liquor Store Robbery</u>, also dated 12-23-93. These materials will show forgery, and, that this conviction is without an indictment, thus unconstitutional. The May 26th 2008 letter from the Delaware Public Archives states they have the documentation I've requested, but cannot release these documents without the authority of the Common Pleas Court. The Court of Common Pleas refuses to answer Paskins present motion compelling these documents, which has been pending since June 6th 2008. Paskins prays this court will grant this motion.

Daniel Paskins          7-24-08

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| THE STATE OF DELAWARE | : | WAIVER OF PRELIMINARY HEARING |
| | : | WAIVER OF INDICTMENT |
| vs. | : | |
| DANIEL M. PAYTUS Jr. | : | I.D.# |

The above-named defendant, being advised of the nature of the charge or charges and knowing his rights, hereby waives, in open court and/or by written pleading, the preliminary hearing and prosecution by indictment; and consents that the proceeding may be by information instead of indictment. In addition to Rule 16 discovery, the state shall provide copies of the police reports to the defense.

x _____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

DATE: 12-23-93

FILED

IM D. Paskins
SBI# 263178    UNIT W-Bldg.
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUL 2008 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570